IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| RHONDA RAMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | Civil Action No. 5:11-CV-227-C |

**ORDER**

The Court having considered the Report and Recommendation filed April 12, 2012,

together with the unopposed Motion to Dismiss filed by Plaintiff on April 11, 2012, is of the

opinion that the Motion should be **GRANTED**.[1]

IT IS, THEREFORE, ORDERED that the above-styled and -numbered cause is

**DISMISSED**.

Dated April 13, 2012.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE

---

[1]Although the parties were afforded a 14-day period to file objections, the Court finds
that it is unnecessary to wait because the motion is unopposed.